J. Mark Chevallier (State Bar No. 04189170)
David L. Woods (State Bar No. 24004167)
James G. Rea (State Bar No. 24051234)
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile: (214) 954-6850
Email: mchevallier@mcslaw.com
Email: dwoods@mcslaw.com
Email: jrea@mcslaw.com
PROPOSED ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | **CASE NO. 10-31814-bjh-11** |
| **TARAZ KOOH, LLC,** | § | |
| | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |

## ATTORNEY CHECKLIST CONCERNING INTERIM ORDER ON
## USE OF CASH COLLATERAL AND POST-PETITION FINANCING
## (WHICH IS IN EXCESS OF TEN (10) PAGES)

## CERTIFICATE BY COUNSEL

This is to certify that the following checklist fully responds to the Court's inquiry concerning material terms of the Debtor's Motion for Approval to Use Cash Collateral and Obtain Post-Petition Financing and proposed Interim Order:

1       .Identification of Proceeding:

   (a)    Preliminary or final motion/order . . . . . . . . . . . . . . . . . . . . . . . . . Interim Order
          (circle one)

   (b)    Continuing use of cash collateral
          (§ 363) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

   (c)    New financing (§364) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

   (d)    Combination of §§ 363 and 364
          financing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

   (e)    Emergency hearing (immediate and
          irreparable harm) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

2.    <u>Stipulations:</u>

(a)    Brief history of debtor's businesses and
status of debtor's prior relationships
with lender . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(b)    Brief statement of purpose and necessity
of financing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(c)    Brief statement of type of financing
(i.e., accounts receivable, inventory) . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(d)    Are lender's pre-petition security
interest(s) and liens deemed valid,
fully perfected and non-avoidable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No.

        (i)    Are there provisions to allow for
objections to above? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

(e)    Is there a post-petition financing
agreement between lender and debtor? . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

        (i)    If so, is agreement attached? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

(f)    If there is an agreement, are lender's
post-petition security interests and
liens deemed valid, fully perfected and
non-avoidable? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

(g)    Is lender undersecured or oversecured? . . . . . . . . . . . . . . . . . . . . . . . . . Disputed
(circle one)

(h)    Has lender's non-cash collateral been
appraised? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Not by Debtor

        (i)    Insert date of latest appraisal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

(i)    Is debtor's proposed budget attached? . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(j)    Are all pre-petition loan documents
identified? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(k)    Are pre-petition liens on single or
multiple assets? (circle one) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Multiple

(l)    Are there pre-petition guaranties
of debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes, Springing Guaranties

Attorney Checklist Concerning  Interim Order on Use of Cash Collateral

3.     Grant of Liens.

\*   (a)   Do post-petition liens secure
        pre-petition debts? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

\*   (b)   Is there cross-collateralization? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

\*\*   (c)   Is the priority of post-petition liens
        equal to or higher than existing liens? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

\*\*   (d)   Do post-petition liens have retroactive
        effect? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

§     Are there restrictions on granting
        further liens or liens of equal or
        higher priority? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

  (f)   Is lender given liens on claims
        under §§ 506(c), 544-50 and §§ 522? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

      (i)   Are lender's attorneys fees to
          be paid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No
      (ii)   Are debtor's attorneys fees excepted
          from §506(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No 506(c) waiver

\*   (g)   Is lender given liens upon proceeds of
        causes of action under §§ 544,547
        and 548? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

4.     Administrative Priority Claims:

  (a)   Is lender given an administrative
        priority? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

  (b)   Is administrative priority higher
        than § 507(a)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

  (c)   Is there a conversion of pre-petition
        secured claim to post-petition
        administrative claim by virtue of
        use of existing collateral . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Possibly

5.     Adequate Protection (§ 361):

  (a)   Is there post-petition debt service? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

  (b)   Is there a replacement/additional
        361(1) lien? (circle one or both) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Both

  (c)   Is the lender's claim given super-
        priority (§ 364(c) or (d))
        [designate] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

  (d)   Are there guaranties? . . . . . . . . . . . . . . . . . . . . . . . . . . . No additional guaranties

       (e)      Is there adequate insurance coverage? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

6.     <u>Waiver/Release Claims v. Lender:</u>

**    (a)      Debtor waives or release claims against
                 lender, including, but not limited to,
                 claims under §§ 506(c), 544-550,552,
                 and 553 of the Code? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

**    (b)      Does the debtor waive defenses to claim
                 or <u>liens</u> of lenders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

7.     <u>Source of Post-Petition Financing (§364 Financing):</u>

       (a)      Is the proposed lender also the pre-
                 petition lenders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

       (b)      New post-petition lenders? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

       (c)      Is the lender an insider? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

8.     <u>Modification of Stay:</u>

**    (a)      Is any modified lift of stay allowed? .   Yes, but only to perfect post-petition liens.

**    (b)      Will the automatic stay be lifted to permit
                 lender to exercise self-help upon default
                 without further order? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

       (c)      Are there any other remedies exercisable
                 without further order of courts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

       (d)      Is there a provision that any future
                 modification of order shall not affect
                 status of debtor's post-petition obligations
                 to lenders . . . . . . . . . . . . . . . . . . . . . . . . .   Yes, but only as to amounts advanced
                                       or used during interim period.

9.     <u>Creditors' Committee:</u>

       (a)      Has creditors' committee been
                 appointed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

       (b)      Does creditors' committee approve of
                 proposed financing? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

10.    <u>Restrictions on Parties in Interest</u>

**    (a)      Is a plan proponent restricted in any
                 manner, concerning modification of
                 lender's rights, liens and/or causes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

(b)     Is the debtor prohibited from seeking
to enjoin the lender in pursuit of
rights? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

(c)     Is any party in interest prohibited from
seeking to modify this order? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

(d)     Is the entry of any order conditioned
upon payment of debt to lender? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

(e)     Is the order binding on subsequent
trustee on conversion? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

11.     <u>Nunc Pro Tunc.</u>

**     (a)     Does any provision have retroactive
effect? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

12.     <u>Notice and Other Procedures.</u>

(a)     Is shortened notice requested? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(b)     Is notice requested to shortened lists? . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(c)     Is time to respond to be shortened? . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

(d)     If final order sought, have 15 days
elapsed since service of motion pursuant
to Rule 4001(b)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

(e)     If preliminary order sought, is cash
collateral necessary to avoid immediate
and irreparable harm to the estate pending
a final hearing? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(f)     Is a Certificate of Conference
included? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(g)     Is a Certificate of Service included? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(h)     Is there verification of transmittal to
U.S. Trustee included pursuant to
Rule 9034? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

(i)     Has an agreement been reached subsequent
to filing motion? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes

        (i)     If so, has notice of the agreement
been served pursuant to Rule
4001(d)(1)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . No

        (ii)     Is the agreement in settlement of
motion pursuant to Rule 4001(d)(4)? . . . . . . . . . . . . . . . . . . . . . . Yes

|     |                                                                                                                  |
|-----|------------------------------------------------------------------------------------------------------------------|
| (iii) | Does the motion afford reasonable notice of material provisions of agreement pursuant to Rule 4001(d)(4)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes |
| (iv) | Does the motion provide for opportunity for hearing pursuant to Rule 9014? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes, at final hearing. |

SIGNED this the 16th day of March, 2010.

Respectfully submitted,


/s/ J. Mark Chevallier (03/16/10)
**J. MARK CHEVALLIER**
State Bar No. 04189170
**DAVID L. WOODS**
State Bar No. 24004167
**JAMES G. REA**
State Bar No. 24051234
**McGUIRE, CRADDOCK & STROTHER P.C.**
1800 St. Ann Court
2501 N. Harwood
Dallas, TX 75201
(214) 954-6800    Telephone
(214) 954-6850    Telecopy
Email: mchevallier@mcslaw.com
Email: dwoods@mcslaw.com
Email: jrea@mcslaw.com
**PROPOSED ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**